RECEIVED
JUN - 9 2011
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **COREY R. STEWART**<br>     LA. DOC #478693<br>VS. | **CIVIL ACTION NO. 3:11-cv-0325**<br><br>**SECTION P**<br><br>**JUDGE DONALD E. WALTER** |
| **WARDEN BILLY TIGNER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this ___9___ day of ___June___, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE